UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-23323-JLK

PEDRO GARAY, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER is before the Court on the Joint Stipulation of Dismissal without Prejudice (D.E. #85) filed February 3, 2021, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **December 3, 2021** and the **Trial** previously set for **February 14, 2022** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of February, 2021.

                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record